```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,            :

        -v.-                         :     S3 97 Cr. 410 (BSJ)

AVRUM DAVID FRIESEL,                 :
    a/k/a "David Friesel,"
    a/k/a "Avraham Friesel,"         :
    a/k/a "A. David Friesel,"
    a/k/a "Aron Friesel,"            :

                Defendant.           :

------------------------------------x
```

   NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

TO:  Clerk of the Court
     United States District Court
     Southern District of New York

     The undersigned attorney respectfully requests that the Clerk of the Court:

   (A)  note his appearance in this case; and

   (B)  add him as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

                         Respectfully submitted,

                         PREET BHARARA
                         United States Attorney

                   By:   _____/s/_____
                         Daniel W. Levy
                         Assistant United States Attorney
                         Telephone:  (212) 637-1062

To:  William C. Komaroff, Esq.
     Proskauer Rose LLP
     1585 Broadway
     New York, New York  10036

     Counsel to defendant Avrum David Friesel

**AFFIRMATION OF SERVICE**

       DANIEL W. LEVY, pursuant to Title 28, United States Code, Section 1746, declares under the penalty of perjury:

       I am employed in the Office of the United States Attorney for the Southern District of New York.

       On November 3, 2009, I caused a copy of the foregoing Notice of Appearance and Request for Electronic Notification to be served via Clerk's Notice of Electronic Filing upon the following attorney, who is a filing user in this case:

           William C. Komaroff, Esq.
           Proskauer Rose LLP
           1585 Broadway
           New York, New York  10036

           Counsel to defendant Avrum David Friesel

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
           November 3, 2009

                                     /s/
                             Daniel W. Levy
                             Assistant United States Attorney
                             Telephone:  (212) 637-1062