UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

             v.

BERGER, ET AL.,

                 Defendant(s)

-------------------------------------------------------X

NOTICE OF CHANGE OF ADDRESS

97-CR-00410 (BSJ)

     GERALD L. SHARGEL an attorney duly admitted to practice law in this Court, respectfully notifies the Court of the following change of address:

Gerald L. Shargel
1790 Broadway, Ste. 1501
New York, NY 10019
gshargel@shargellaw.com
(212) 446-2323
(212) 446-2330 (fax)